**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6553

RAYSHAWN KALIF PEARSON,

            Plaintiff - Appellant,

        v.

RICHARD TURNER; BILL BYARS,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Timothy M. Cain, District Judge.
(9:12-cv-01747-TMC)

Submitted:  September 24, 2013      Decided:  September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rayshawn Kalif Pearson, Appellant Pro Se.  Anne Ross Culbreath,
Charles Franklin Turner, Jr., TURNER, PADGET, GRAHAM & LANEY,
PA, Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayshawn Kalif Pearson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pearson v. Turner, No. 9:12-cv-01747-TMC (D.S.C. Mar. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2